# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| MARTINEZ, MARIO A. | § | Case No. 13-12804 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/28/2013 . The undersigned trustee was appointed on 03/28/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $   15,250.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 38.17 |
| Bank service fees | 360.97 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 14,850.86 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/23/2013 and the deadline for filing governmental claims was 09/23/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,275.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,275.00 , for a total compensation of $ 2,275.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 26.58 , for total expenses of $ 26.58 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/04/2015    By: _____
                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

Case No: 13-12804 ABG Judge: A. BENJAMIN GOLDGAR  
Case Name: MARTINEZ, MARIO A.

For Period Ending: 08/04/15

Trustee Name: JOSEPH E. COHEN  
Date Filed (f) or Converted (c): 03/28/13 (f)  
341(a) Meeting Date: 05/30/13  
Claims Bar Date: 09/23/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family home located at 1505 N. Berwick, Wau | 30,000.00 | 0.00 | | 15,250.00 | FA |
| 2. Household furniture, furnishings, appliances and e | 500.00 | 0.00 | | 0.00 | FA |
|     Household furniture, furnishings, appliances and electronics | | | | | |
| 3. Clothes & personal items | 200.00 | 0.00 | | 0.00 | FA |
|     Clothes & personal items | | | | | |
| 4. 2011 Federal tax refund | 3,200.00 | 0.00 | | 0.00 | FA |
|     2011 Federal tax refund | | | | | |
| 5. 2001 Chevrolet Silverado | 4,500.00 | 0.00 | | 0.00 | FA |
|     2001 Chevrolet Silverado | | | | | |
| 6. 2001 Chevrolet Silverado excess equity | 2,100.00 | 0.00 | | 0.00 | FA |
|     2001 Chevrolet Silverado excess equity | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $40,500.00     $0.00     $15,250.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE PREPARING CLOSING DOCUMENTS - April 30, 2015. TRUSTEE TO COMMENCE WORK ON TFR, NFR AND RELATED DOCUMENTS - Jan. 17, 2015. TRUSTEE INVESTIGATING VALUE OF HOUSE OWNED BY DEBTOR FREE AND CLEAR OF LIENS. TRUSTEE IS NEGOTIATING WITH THE DEBTOR TO PURCHASE THE TRUSEE'S INTEREST IN REAL ESTATE. TRUSTEE FILED MOTION THAT WAS ENTERED FOR SALE OF PROPERTY BACK TO THE DEBTOR - January 19, 2014. NO CHANGE - April 30, 2014. NO CHANGE - July 17, 2014. NO CHANGE - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 02/28/15     Current Projected Date of Final Report (TFR): 09/30/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-12804 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MARTINEZ, MARIO A. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5662 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6301 | | | |
| For Period Ending: | 08/04/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/25/13 | 1 | MARIO MARTINEZ | Sale proceeds | 1110-000 | 15,250.00 | | 15,250.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 15,240.00 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.65 | 15,217.35 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.63 | 15,194.72 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.40 | 15,174.32 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 22.04 | 15,152.28 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.56 | 15,129.72 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.78 | 15,107.94 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.46 | 15,085.48 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.70 | 15,063.78 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.40 | 15,041.38 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.36 | 15,019.02 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.61 | 14,997.41 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.30 | 14,975.11 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.55 | 14,953.56 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.23 | 14,931.33 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.20 | 14,909.13 |
| 02/27/15 | 300002 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Bond premium | 2300-000 | | 16.13 | 14,893.00 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.02 | 14,872.98 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.12 | 14,850.86 |

Page Subtotals     15,250.00     399.14

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| | |
|---|---|
| Case No: | 13-12804 -ABG |
| Case Name: | MARTINEZ, MARIO A. |
| Taxpayer ID No: | *******6301 |
| For Period Ending: | 08/04/15 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5662 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 15,250.00 | 399.14 | 14,850.86 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 15,250.00 | 399.14 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 15,250.00 | 399.14 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******5662 | 15,250.00 | 399.14 | 14,850.86 |
| | 15,250.00 | 399.14 | 14,850.86 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 04, 2015 |
|---|---|---|---|---|---|---|
| Case Number: | 13-12804 | Claim Class Sequence | | | | |
| Debtor Name: | MARTINEZ, MARIO A. | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $4,247.00 | $4,247.00 |
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,301.58 | $2,301.58 |
| 999<br>2300-00 | ARTHUR B. LEVINE COMPANY<br>60 E. 42nd Street<br>New York, NY 10165 | Administrative | | $0.00 | $16.13 | $16.13 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $22.04 | $22.04 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $2,835.49 | $2,835.49 |
| 000002<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $1,340.33 | $1,340.33 |
| 000003<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $362.94 | $362.94 |
| 000004<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $1,713.92 | $1,713.92 |
| 000005<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $2,254.04 | $2,254.04 |
| | Case Totals: | | | $0.00 | $15,093.47 | $15,093.47 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-12804
Case Name: MARTINEZ, MARIO A.
Trustee Name: JOSEPH E. COHEN

|  |  |
|---|---:|
| Balance on hand | $ 14,850.86 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 2,275.00 | $ 0.00 | $ 2,275.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 26.58 | $ 0.00 | $ 26.58 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 4,247.00 | $ 0.00 | $ 4,247.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 16.13 | $ 16.13 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 22.04 | $ 22.04 | $ 0.00 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 6,548.58 |
| Remaining Balance | $ 8,302.28 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,506.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 97.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 2,835.49 | $ 0.00 | $ 2,767.35 |
| 000002 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ 1,340.33 | $ 0.00 | $ 1,308.12 |
| 000003 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ 362.94 | $ 0.00 | $ 354.22 |
| 000004 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ 1,713.92 | $ 0.00 | $ 1,672.73 |
| 000005 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ 2,254.04 | $ 0.00 | $ 2,199.86 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 8,302.28 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE