UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
MARTINEZ, MARIO A.                  §     Case No. 13-12804
                                    §
                                    §
            Debtor(s)               §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/28/2013 . The undersigned trustee was appointed on 03/28/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                 $    15,250.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 38.17 |
| Bank service fees | 360.97 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]           $ | 14,850.86 |

The remaining funds are available for distribution.

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/23/2013 and the deadline for filing governmental claims was 09/23/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,275.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,275.00 , for a total compensation of $ 2,275.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 26.58 , for total expenses of $ 26.58 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/04/2015          By: _____
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) (Page: 2)

Page: 1
Exhibit A

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No: 13-12804   ABG   Judge: A. BENJAMIN GOLDGAR  
Case Name: MARTINEZ, MARIO A.  
For Period Ending: 08/04/15

Trustee Name: JOSEPH E. COHEN  
Date Filed (f) or Converted (c): 03/28/13 (f)  
341(a) Meeting Date: 05/30/13  
Claims Bar Date: 09/23/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family home located at 1505 N. Berwick, Wau | 30,000.00 | 0.00 | | 15,250.00 | FA |
| 2. Household furniture, furnishings, appliances and e Household furniture, furnishings, appliances and electronics | 500.00 | 0.00 | | 0.00 | FA |
| 3. Clothes & personal items Clothes & personal items | 200.00 | 0.00 | | 0.00 | FA |
| 4. 2011 Federal tax refund 2011 Federal tax refund | 3,200.00 | 0.00 | | 0.00 | FA |
| 5. 2001 Chevrolet Silverado 2001 Chevrolet Silverado | 4,500.00 | 0.00 | | 0.00 | FA |
| 6. 2001 Chevrolet Silverado excess equity 2001 Chevrolet Silverado excess equity | 2,100.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $40,500.00 | $0.00 | | $15,250.00 | $0.00 |

Gross Value of Remaining Assets  
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE PREPARING CLOSING DOCUMENTS - April 30, 2015. TRUSTEE TO COMMENCE WORK ON TFR, NFR AND RELATED DOCUMENTS - Jan. 17, 2015.  TRUSTEE INVESTIGATING VALUE OF HOUSE OWNED BY DEBTOR FREE AND CLEAR OF LIENS.  TRUSTEE IS NEGOTIATING WITH THE DEBTOR TO PURCHASE THE TRUSEE'S INTEREST IN REAL ESTATE.  TRUSTEE FILED MOTION THAT WAS ENTERED FOR SALE OF PROPERTY BACK TO THE DEBTOR - January 19, 2014.  NO CHANGE - April 30, 2014.  NO CHANGE - July 17, 2014.  NO CHANGE - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 02/28/15   Current Projected Date of Final Report (TFR): 09/30/15

Page: 1

Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-12804 -ABG  
Case Name: MARTINEZ, MARIO A.  

Taxpayer ID No: *******6301  
For Period Ending: 08/04/15  

Trustee Name: JOSEPH E. COHEN  
Bank Name: ASSOCIATED BANK  
Account Number / CD #: *******5662 Checking Account (Non-Interest Earn  

Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/25/13 | 1 | MARIO MARTINEZ | Sale proceeds | 1110-000 | 15,250.00 | | 15,250.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 15,240.00 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.65 | 15,217.35 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.63 | 15,194.72 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.40 | 15,174.32 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 22.04 | 15,152.28 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.56 | 15,129.72 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.78 | 15,107.94 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.46 | 15,085.48 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.70 | 15,063.78 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.40 | 15,041.38 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.36 | 15,019.02 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.61 | 14,997.41 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.30 | 14,975.11 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.55 | 14,953.56 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.23 | 14,931.33 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.20 | 14,909.13 |
| 02/27/15 | 300002 | Arthur B. Levine Company 60 East 42nd Street Room 965 New York, New York 10165 | Bond premium | 2300-000 | | 16.13 | 14,893.00 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.02 | 14,872.98 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.12 | 14,850.86 |

Page Subtotals    15,250.00    399.14

UST Form 101-7-TFR (5/1/2011) (Page: 4)    Ver: 18.05

Page: 2

Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-12804 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MARTINEZ, MARIO A. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5662 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6301 | | |
| For Period Ending: | 08/04/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 14,850.86 |
| | | | COLUMN TOTALS | | 15,250.00 | 399.14 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 15,250.00 | 399.14 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 15,250.00 | 399.14 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | 15,250.00 | 399.14 | 14,850.86 |
| Checking Account (Non-Interest Earn - *******5662 | 15,250.00 | 399.14 | 14,850.86 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals　　0.00　　　0.00

Ver: 18.05

LFORM24　　**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 04, 2015 |
|---|---|---|---|---|---|---|
| Case Number: | 13-12804 | Claim Class Sequence | | | | |
| Debtor Name: | MARTINEZ, MARIO A. | | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 001<br>3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $4,247.00 | $4,247.00 |
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,301.58 | $2,301.58 |
| 999<br>2300-00 | ARTHUR B. LEVINE COMPANY<br>60 E. 42nd Street<br>New York, NY 10165 | Administrative | | $0.00 | $16.13 | $16.13 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $22.04 | $22.04 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $2,835.49 | $2,835.49 |
| 000002<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $1,340.33 | $1,340.33 |
| 000003<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $362.94 | $362.94 |
| 000004<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $1,713.92 | $1,713.92 |
| 000005<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $2,254.04 | $2,254.04 |
| | Case Totals: | | | $0.00 | $15,093.47 | $15,093.47 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-12804
Case Name: MARTINEZ, MARIO A.
Trustee Name: JOSEPH E. COHEN

Balance on hand $ 14,850.86

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 2,275.00 | $ 0.00 | $ 2,275.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 26.58 | $ 0.00 | $ 26.58 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 4,247.00 | $ 0.00 | $ 4,247.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 16.13 | $ 16.13 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 22.04 | $ 22.04 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    6,548.58
Remaining Balance                                        $    8,302.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,506.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 97.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 2,835.49 | $ 0.00 | $ 2,767.35 |
| 000002 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ 1,340.33 | $ 0.00 | $ 1,308.12 |
| 000003 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ 362.94 | $ 0.00 | $ 354.22 |
| 000004 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ 1,713.92 | $ 0.00 | $ 1,672.73 |
| 000005 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ 2,254.04 | $ 0.00 | $ 2,199.86 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $    8,302.28 |
| Remaining Balance | $    0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-12804-ABG
Mario A. Martinez                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: esullivan          Page 1 of 1          Date Rcvd: Sep 02, 2015
                              Form ID: pdf006          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2015.
```
db         +Mario A. Martinez,    1211 New York Street,    Waukegan, IL 60085-2769
aty        +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
20249285   +Chase Bank USA,    P.O. Box 15298,    Wilmington, DE 19850-5298
20249286   +Citibank/Sears,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
20249288   +Dish Network,    Enhanced Recovery Co. LLC,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
20249295   +Home Depot/Citibank,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
20249296   +Menards,   p.o. bOX 5253,    Carol Stream, IL 60197-5253
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20249287       E-mail/PDF: mrdiscen@discover.com Sep 03 2015 01:25:23      Discover Financial Services LLC,
               P.O. Box 15316,    Wilmington, DE 19850
20650225       E-mail/PDF: mrdiscen@discover.com Sep 03 2015 01:25:23      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
20780369       E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2015 01:25:44      GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
20249289      +E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2015 01:25:24      GE Capital/Walmart,
               P.O. Box 965024,    Orlando, FL 32896-5024
20249290      +E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2015 07:31:53      GECRB/Lowes,    P.O. Box 965005,
               Orlando, FL 32896-5005
20249291      +E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2015 01:25:44      GECRB/Pep Boys,    P.O. Box 965036,
               Orlando, FL 32896-5036
20249292      +E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2015 07:31:53      GECRB/Sams Club,
               P.O. Box 965005,    Orlando, FL 32896-5005
20249293      +E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2015 07:31:57      GECRB/Sams Club DC,
               P.O. Box 965005,    Orlando, FL 32896-5005
20249294      +E-mail/Text: collectionsbk@glcu.org Sep 03 2015 01:29:23      Great Lakes Credit Union,
               2525 Green Bay Road,    North Chicago, IL 60064-3012
                                                                                              TOTAL: 9
```
```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2015 at the address(es) listed below:
```
              E. Philip  Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Joseph E Cohen    on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Joseph E Cohen    jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Michael S Danian    on behalf of Debtor Mario A. Martinez msdanian@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```