# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARTINEZ, MARIO A. | § | Case No. 13-12804 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 3,900.00                          Assets Exempt: 6,600.00
*(Without deducting any secured claims)*


Total Distributions to Claimants:  8,302.28         Claims Discharged
                                                    Without Payment:  35,948.44


Total Expenses of Administration: 6,947.72

3) Total gross receipts of $ 15,250.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 15,250.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,947.72 | 6,947.72 | 6,947.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 42,319.00 | 8,506.72 | 8,506.72 | 8,302.28 |
| **TOTAL DISBURSEMENTS** | $ 42,319.00 | $ 15,454.44 | $ 15,454.44 | $ 15,250.00 |

4)  This case was originally filed under chapter 7 on  03/28/2013 .  The case was pending for 35 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/27/2016 _____      By:/s/JOSEPH E. COHEN _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single family home located at 1505 N. Berwick, Wau | 1110-000 | 15,250.00 |
| TOTAL GROSS RECEIPTS | | $ 15,250.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 2,275.00 | 2,275.00 | 2,275.00 |
| JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 26.58 | 26.58 | 26.58 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 16.13 | 16.13 | 16.13 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 22.04 | 22.04 | 22.04 |
| ASSOCIATED BANK | 2600-000 | NA | 360.97 | 360.97 | 360.97 |
| COHEN & KROL, ATTORNEYS | 3110-000 | NA | 2,831.33 | 2,831.33 | 2,831.33 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 1,415.67 | 1,415.67 | 1,415.67 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,947.72 | $ 6,947.72 | $ 6,947.72 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank USA P.O. Box 15298 Wilmington, DE 19850 | | 17,141.00 | NA | NA | 0.00 |
| | Citibank/Sears P.O. Box 6282 Sioux Falls, SD 57117 | | 4,062.00 | NA | NA | 0.00 |
| | Dish Network Enhanced Recovery Co. LLC 8014 Bayberry Road Jacksonville, FL 32256 | | 348.00 | NA | NA | 0.00 |
| | GECRB/Lowes P.O. Box 965005 Orlando, FL 32896 | | 1,713.00 | NA | NA | 0.00 |
| | GECRB/Pep Boys P.O. Box 965036 Orlando, FL 32896 | | 836.00 | NA | NA | 0.00 |
| | GECRB/Sams Club P.O. Box 965005 Orlando, FL 32896 | | 352.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Great Lakes Credit Union 2525 Green Bay Road North Chicago, IL 60064 | | 7,422.00 | NA | NA | 0.00 |
| | Home Depot/Citibank P.O. Box 6497 Sioux Falls, SD 57117 | | 2,035.00 | NA | NA | 0.00 |
| | Menards p.o. bOX 5253 Carol Stream, IL 60197 | | 1,835.00 | NA | NA | 0.00 |
| 000001 | DISCOVER BANK | 7100-000 | 3,435.00 | 2,835.49 | 2,835.49 | 2,767.35 |
| 000002 | GE CAPITAL RETAIL BANK | 7100-000 | NA | 1,340.33 | 1,340.33 | 1,308.12 |
| 000003 | GE CAPITAL RETAIL BANK | 7100-000 | 362.00 | 362.94 | 362.94 | 354.22 |
| 000004 | GE CAPITAL RETAIL BANK | 7100-000 | NA | 1,713.92 | 1,713.92 | 1,672.73 |
| 000005 | GE CAPITAL RETAIL BANK | 7100-000 | 2,778.00 | 2,254.04 | 2,254.04 | 2,199.86 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 42,319.00 | $ 8,506.72 | $ 8,506.72 | $ 8,302.28 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:     1

Exhibit 8

| Case No: | 13-12804   ABG   Judge: A. BENJAMIN GOLDGAR |
|---|---|
| Case Name: | MARTINEZ, MARIO A. |

For Period Ending:  01/27/16

| Trustee Name: | JOSEPH E. COHEN |
|---|---|
| Date Filed (f) or Converted (c): | 03/28/13 (f) |
| 341(a) Meeting Date: | 05/30/13 |
| Claims Bar Date: | 09/23/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Single family home located at 1505 N. Berwick, Wau | 30,000.00 | 0.00 | | 15,250.00 | FA |
| 2. Household furniture, furnishings, appliances and e<br>   Household furniture, furnishings, appliances and electronics | 500.00 | 0.00 | | 0.00 | FA |
| 3. Clothes & personal items<br>   Clothes & personal items | 200.00 | 0.00 | | 0.00 | FA |
| 4. 2011 Federal tax refund<br>   2011 Federal tax refund | 3,200.00 | 0.00 | | 0.00 | FA |
| 5. 2001 Chevrolet Silverado<br>   2001 Chevrolet Silverado | 4,500.00 | 0.00 | | 0.00 | FA |
| 6. 2001 Chevrolet Silverado excess equity<br>   2001 Chevrolet Silverado excess equity | 2,100.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $40,500.00 | $0.00 | | $15,250.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE FILING HIS TDR SINCE ALL CHECKS HAVE CLEARED - 01/20/16. DISTRIBUTION MADE PER TFR - Oct. 31, 2015. TRUSTEE

DRAFTING TFR & NFR - July 30, 2015. TRUSTEE PREPARING CLOSING DOCUMENTS - April 30, 2015. TRUSTEE TO COMMENCE WORK ON

TFR, NFR AND RELATED DOCUMENTS - Jan. 17, 2015.  TRUSTEE INVESTIGATING VALUE OF HOUSE OWNED BY DEBTOR FREE AND CLEAR OF

LIENS.  TRUSTEE IS NEGOTIATING WITH THE DEBTOR TO PURCHASE THE TRUSEE'S INTEREST IN REAL ESTATE.  TRUSTEE FILED MOTION

THAT WAS ENTERED FOR SALE OF PROPERTY BACK TO THE DEBTOR - January 19, 2014.  NO CHANGE - April 30, 2014.  NO CHANGE -

July 17, 2014.  NO CHANGE - Oct. 25, 2014.

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 19.05c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:      2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-12804     ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name:                    JOSEPH E. COHEN |
| Case Name: | MARTINEZ, MARIO A. | Date Filed (f) or Converted (c):   03/28/13 (f) |
| | | 341(a) Meeting Date:            05/30/13 |
| | | Claims Bar Date:               09/23/13 |

Initial Projected Date of Final Report (TFR): 02/28/15          Current Projected Date of Final Report (TFR): 09/30/15

LFORM1

Ver: 19.05c

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

Case No:        13-12804  -ABG

Case Name:    MARTINEZ, MARIO A.

Taxpayer ID No:    *******6301

For Period Ending:  01/27/16

Trustee Name:    JOSEPH E. COHEN

Bank Name:    ASSOCIATED BANK

Account Number / CD #:    *******5662  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):    $  5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/25/13 | 1 | MARIO MARTINEZ | Sale proceeds | 1110-000 | 15,250.00 | | 15,250.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 15,240.00 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.65 | 15,217.35 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.63 | 15,194.72 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.40 | 15,174.32 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 22.04 | 15,152.28 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.56 | 15,129.72 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.78 | 15,107.94 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.46 | 15,085.48 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.70 | 15,063.78 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.40 | 15,041.38 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.36 | 15,019.02 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.61 | 14,997.41 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.30 | 14,975.11 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.55 | 14,953.56 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.23 | 14,931.33 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.20 | 14,909.13 |
| 02/27/15 | 300002 | Arthur B. Levine Company 60 East 42nd Street Room 965 New York, New York 10165 | Bond premium | 2300-000 | | 16.13 | 14,893.00 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.02 | 14,872.98 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.12 | 14,850.86 |
| 09/16/15 | 300003 | JOSEPH E. COHEN, Trustee 105 West Madison Street | Trustee Fees Trustee Fees | | | 2,301.58 | 12,549.28 |

Page Subtotals                    15,250.00            2,700.72

Ver: 19.05c

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-12804 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | MARTINEZ, MARIO A. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5662 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6301 | | |
| For Period Ending: | 01/27/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60602 | | | | | | | |
| | | | Fees | 2,275.00 | | 2100-000 | | | |
| | | | Expenses | 26.58 | | 2200-000 | | | |
| 09/16/15 | 300004 | COHEN & KROL, Attorneys | Attorney fees | | | 3110-000 | | 2,831.33 | 9,717.95 |
| | | 105 West Madison Street | | | | | | | |
| | | Chicago, IL 60602 | | | | | | | |
| 09/16/15 | 300005 | JOSEPH E. COHEN, Attorney | Attorney for Trustee fees | | | 3110-000 | | 1,415.67 | 8,302.28 |
| | | 105 West Madison Street | | | | | | | |
| | | Chicago, IL 60602 | | | | | | | |
| 09/16/15 | 300006 | Discover Bank | Claim 000001, Payment 97.59689% | | | 7100-000 | | 2,767.35 | 5,534.93 |
| | | DB Servicing Corporation | | | | | | | |
| | | PO Box 3025 | | | | | | | |
| | | New Albany, OH 43054-3025 | | | | | | | |
| 09/16/15 | 300007 | GE Capital Retail Bank | Claim 000002, Payment 97.59686% | | | 7100-000 | | 1,308.12 | 4,226.81 |
| | | c/o Recovery Management Systems Corp | (2-1) SAM'S CLUB or GEMB | | | | | | |
| | | 25 SE 2nd Ave Suite 1120 | | | | | | | |
| | | Miami FL 33131-1605 | | | | | | | |
| 09/16/15 | 300008 | GE Capital Retail Bank | Claim 000003, Payment 97.59740% | | | 7100-000 | | 354.22 | 3,872.59 |
| | | c/o Recovery Management Systems Corp | (3-1) WALMART or GEMB | | | | | | |
| | | 25 SE 2nd Ave Suite 1120 | | | | | | | |
| | | Miami FL 33131-1605 | | | | | | | |
| 09/16/15 | 300009 | GE Capital Retail Bank | Claim 000004, Payment 97.59674% | | | 7100-000 | | 1,672.73 | 2,199.86 |
| | | c/o Recovery Management Systems Corp | (4-1) LOWES CONSUMER or GEMB | | | | | | |
| | | 25 SE 2nd Ave Suite 1120 | | | | | | | |
| | | Miami FL 33131-1605 | | | | | | | |
| 09/16/15 | 300010 | GE Capital Retail Bank | Claim 000005, Payment 97.59632% | | | 7100-000 | | 2,199.86 | 0.00 |
| | | c/o Recovery Management Systems Corp | (5-1) SAM'S CLUB DISCOVER or GEMB | | | | | | |
| | | 25 SE 2nd Ave Suite 1120 | | | | | | | |
| | | Miami FL 33131-1605 | | | | | | | |

Page Subtotals    0.00    12,549.28

Ver: 19.05c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-12804 -ABG |
| Case Name: | MARTINEZ, MARIO A. |
| Taxpayer ID No: | *******6301 |
| For Period Ending: | 01/27/16 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5662 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 15,250.00 | 15,250.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 15,250.00 | 15,250.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 15,250.00 | 15,250.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******5662 | 15,250.00 | 15,250.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 15,250.00 | 15,250.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 19.05c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*